UNITED STATES COURT OF INTERNATIONAL TRADE
Judge Claire R. Kelly

| | |
|---|---|
| MTD PRODUCTS INC., | : |
| Plaintiff, | : |
| v. | : Court No.: 1:21-CV-00036 |
| UNITED STATES, | : |
| Defendant. | : |

**STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS**

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protests and the action involved herein were commenced within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2. The imported merchandise covered by the entries set forth on Schedule A, attached, consists of engine model nos.:

   a) 752Z1T65RUB
   b) 752Z1X65VUA
   c) 752Z5T65RUA
   d) 752Z5X65MU
   e) 752Z5X65MUA
   f) 752Z5X65RWA
   g) 752Z5X70AU
   h) 752Z5X70MUA
   i) 752Z6X65MUA
   j) 752Z6X70MUA

MTD Consumer Group Inc. v. United States
Court No. 1:21-CV-00036
Form 9
Page **2** of **8**

      k)      752Z7X70JWB
      l)      752Z8X65MU
      m)      752M7P71RUA

3. The imported merchandise covered by the entries set forth on Schedule B, attached, consists of engine model nos.:

      a)      752Z4P90JHF
      b)      752Z4X90HUA
      c)      752Z7T84JH
      d)      752Z7T84JUA
      e)      752Z7T84MUA
      f)      752Z7T90HU
      g)      752Z7T90JU

4. The imported merchandise set forth on Schedule A was classified by U.S. Customs and Border Protection under subheading 8407.90.1010, of the Harmonized Tariff Schedule of the United States (HTSUS), which describes "Spark-ignition reciprocating or rotary internal combustion piston engines: Other engines: To be installed in agricultural or horticultural machinery or equipment: Not exceeding 37.3kW: Less than 4,476 W," and carries a regular duty rate of free. The merchandise was also secondarily classified under 9903.88.02, HTSUS, as "Articles the product of China," which imposes additional duties at a rate of 25% *ad valorem* under Section 301 of the Trade Act of 1974 ("Section 301").

5. The stipulable imported merchandise set forth on Schedule A is classifiable under subheading 8407.90.1010, HTSUS, at a regular duty rate of free, and secondarily classifiable under 9903.88.17, HTSUS, as "[s]park-ignition reciprocating or rotary internal combustion piston engines, to be installed in agricultural or horticultural

MTD Consumer Group Inc. v. United States
Court No. 1:21-CV-00036
Form 9
Page **3** of **8**

machinery or equipment, each rated at less than 4,200 W (described in statistical reporting number 8407.90.1010)" without an assessment of Section 301 duties.

6. The imported merchandise set forth on Schedule B was classified by U.S. Customs and Border Protection under subheading 8407.90.1020, HTSUS, which describes "Spark-ignition reciprocating or rotary internal combustion piston engines: Other engines: To be installed in agricultural or horticultural machinery or equipment: Not exceeding 37.3kW: Other," and carries a regular duty rate of free. The merchandise was also secondarily classified under 9903.88.02 as "Articles the product of China," which imposes additional duties at a rate of 25% *ad valorem* under Section 301.

7. The stipulable imported merchandise set forth in Schedule B is classifiable under subheading 8407.90.1020, HTSUS, at a regular duty rate of free, and secondarily classifiable under 9903.88.12, HTSUS, as "[s]park-ignition rotary or reciprocating internal combustion piston engines to be installed in agricultural or horticultural machinery or equipment, 4,476W or more but not more than 37.6kW, each valued not over $180 (described in statistical reporting number 8407.90.1020)" without an assessment of Section 301 duties.

8. The imported merchandise, covered by the entries set forth on Schedule A and Schedule B, is stipulable in accordance with this agreement.

9. Any refunds payable by reason of this judgment are to be paid with interest as provided for by law.

10. All other claims and non-stipulable entries are abandoned.

MTD Consumer Group Inc. v. United States
Court No. 1:21-CV-00036
Form 9
Page **4** of **8**

     11.    Each party will bear its own costs and attorney's fees.

Dated: February 26, 2025

Braumiller Law Group, PLLC
5220 Spring Valley Road, Ste. 200
Dallas, Texas 75254

By: *[signature]*

Adrienne Braumiller
*Attorney for Plaintiff*
Telephone (214) 348-9306
E-mail: adrienne@braumillerlaw.com

MICHAEL GRANSTON
Deputy Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

By: *[signature]*

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

*[signature]*

GUY EDDON
Senior Trial Attorney
International Trade Field Office
26 Federal Plaza
Room 346
New York, NY 10278
(212) 264-9232
Fax: (212) 264-1916
Email: guy.r.eddon@usdoj.gov
*Attorneys for the United States*

MTD Consumer Group Inc. v. United States
Court No. 1:21-CV-00036
Form 9
Page **5** of **8**

## **JUDGMENT**

    IT IS HEREBY ORDERED that this action is decided and this final judgment is to be entered by the Clerk of this Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

Dated:    Februray 28, 2025        /s/ Claire R. Kelly
           New York, New York        Judge

MTD Consumer Group Inc. v. United States
Court No. 1:21-CV-00036
Form 9
Page **6** of **8**

## Schedule A

Plaintiff: MTD Consumer Group Inc.
Port of Entry: Memphis, TN & Cleveland, OH
Court No. 1:21-CV-00036

| Protest Number | Entry Number | Model Number |
|---|---|---|
| 2006-19-100845 | 95G18014020 | 752Z1T65RUB |
| 2006-19-100846 | 95G18014038 | 752Z5X65MU |
| 2006-19-100848 | 95G18014350 | 752Z1X65VUA |
| 2006-19-100850 | 95G18014590 | 752Z5X65MU |
| 2006-19-100851 | 95G18014939 | 752Z5X70MUA |
| 2006-19-100858 | 95G18015126 | 752Z1T65RUB |
| 2006-19-100859 | 95G19000200 | 752Z5T65RUA |
| 2006-19-100860 | 95G19000267 | 752Z6X70MUA |
| 2006-19-100862 | 95G19000457 | 752Z5X70MUA |
| 2006-19-100863 | 95G19000663 | 752Z5X65MU |
| 2006-19-100865 | 95G19000960 | 752Z5X70MUA |
| 2006-19-100866 | 95G19001034 | 752Z1T65RUB |
| 2006-19-100867 | 95G19001042 | 752Z5X65MU |
| 2006-19-100868 | 95G19001067 | 752Z1T65RUB |
| 2006-19-100869 | 95G19001075 | 752Z5T65RUA |
| 2006-19-100870 | 95G19001257 | 752Z5X65MU |
| 2006-19-100871 | 95G19001265 | 752Z5T65RUA |
| 2006-19-100872 | 95G19001273 | 752Z5T65RUA |
| 2006-19-100874 | 95G19001323 | 752M7P71RUA |
| 2006-19-100875 | 95G19001398 | 752Z5X65MUA |
| 2006-19-100877 | 95G19001422 | 752Z5X65MU |
| 2006-19-100878 | 95G19001430 | 752Z5X65RWA |
| 2006-19-100879 | 95G19001448 | 752Z5X65MUA |
| 2006-19-100880 | 95G19001455 | 752Z5T65RUA |
| 2006-19-100881 | 95G19001463 | 752Z5X65MU |
| 2006-19-100882 | 95G19001497 | 752Z5X65MU |
| 2006-19-100883 | 95G19001554 | 752Z8X65MU |
| 2006-19-100885 | 95G19001836 | 52Z5X65MUA |
| 2006-19-100894 | 95G19002271 | 752Z8X65MU |
| 2006-19-100895 | 95G19002339 | 752Z5X70AU |
| 2006-19-100897 | 95G19002545 | 752Z6X65MUA |
| 2006-19-100898 | 95G19002552 | 752Z5X65MUA |
| 2006-19-100899 | 95G19002784 | 752Z5X65MUA |
| 2006-19-100902 | 95G19002826 | 752Z5X65MUA |
| 2006-19-100903 | 95G19002834 | 752Z5X65MUA |

MTD Consumer Group Inc. v. United States
Court No. 1:21-CV-00036
Form 9
Page **7** of **8**

| Protest Number | Entry Number | Model Number |
|---|---|---|
| 2006-19-100904 | 95G19002842 | 752Z8X65MU |
| 2006-19-100905 | 95G19002917 | 752Z5X70AU |
| 2006-19-100906 | 95G19002941 | 752Z8X65MU & 752Z5X70AU |
| 4101-19-100674 | 95G19001687 | 752Z7X70JWB |

MTD Consumer Group Inc. v. United States
Court No. 1:21-CV-00036
Form 9
Page **8** of **8**

## Schedule B

Plaintiff:  MTD Consumer Group Inc.
Port of Entry:  Memphis, TN & Cleveland, OH
Court No. 1:21-CV-00036

| Protest Number | Entry Number | Model Number |
|---|---|---|
| 2006-19-100864 | 95G19000689 | 752Z7T84MUA |
| 2006-19-100876 | 95G19001406 | 752Z7T84MUA |
| 4101-19-100653 | 95G18014665 | 752Z7T84JUA |
| 4101-19-100654 | 95G18014871 | 752Z7T84JUA |
| 4101-19-100655 | 95G18014954 | 752Z7T90JU |
| 4101-19-100656 | 95G18014962 | 752Z7T90JU |
| 4101-19-100657 | 95G19000564 | 752Z7T84JUA |
| 4101-19-100658 | 95G19000572 | 752Z7T84JUA |
| 4101-19-100659 | 95G19000648 | 752Z7T84JH |
| 4101-19-100662 | 95G19000705 | 752Z4P90JHF |
| 4101-19-100663 | 95G19000721 | 752Z7T90HU |
| 4101-19-100664 | 95G19000747 | 752Z4P90JHF |
| 4101-19-100665 | 95G19000945 | 752Z7T90HU |
| 4101-19-100666 | 95G19000952 | 752Z7T84JUA |
| 4101-19-100667 | 95G19000978 | 752Z4P90JHF |
| 4101-19-100670 | 95G19001604 | 752Z7T84JH |
| 4101-19-100671 | 95G19001612 | 752Z7T90JU |
| 4101-19-100672 | 95G19001620 | 752Z4X90HUA |
| 4101-19-100673 | 95G19001646 | 752Z4X90HUA |
| 4101-19-100675 | 95G19001976 | 752Z7T90JU |
| 4101-19-100676 | 95G19001992 | 752Z7T84JUA |
| 4101-19-100677 | 95G19002008 | 752Z4X90HUA |
| 4101-19-100721 | 95G19002016 | 752Z4X90HUA |
| 4101-19-100722 | 95G19002024 | 752Z7T90JU |
| 4101-19-100723 | 95G19002172 | 752Z7T90JU |
| 4101-19-100725 | 95G19002354 | 752Z7T84JUA |
| 4101-19-100727 | 95G19002644 | 752Z4X90HUA |

## CERTIFICATE OF SERVICE

I, Pamela Collins, state that I am an employee of the Law Offices of George R. Tuttle, A P.C., with offices located at 3950 Civic Center Dr, Ste 310, San Rafael, California, 94903, and that on February 27, 2025, I served on behalf of plaintiff herein, the within:

*Stipulated Judgment on Agreed Statement of Facts*
MTD Products Inc.
Ct. 21-00036

I caused a copy of the foregoing *Stipulated Judgment on Agreed Statement of Facts* to be served upon all counsel of record in Court Number 21-00036 via the Court's CM/ECF system.

Dated: February 27, 2025                     /s/ *Pamela Collins*
                                             Pamela Collins